# United States District Court ORIGINAL

_____ CENTRAL _____ DISTRICT OF _____ CALIFORNIA _____

UNITED STATES OF AMERICA
v.
ARCESIO ESCOBAR

**CRIMINAL COMPLAINT**

CASE NUMBER: **07-1230**

I, the undersigned complainant being duly sworn, state that the following is true and correct to the best of my knowledge and belief. On or about June 28, 2007, in Los Angeles County, in the Central District of California, defendant ARCESIO ESCOBAR did willfully, knowingly, and unlawfully travel in interstate or foreign commerce from the State of California to Mexico, with the intent to avoid prosecution for the crimes of Selling or Furnishing a Controlled Substance to a Minor and Furnishing Marijuana to a Minor (Over 14), in violation of California Health and Safety Code, Sections 11353 and 11361(b), respectively, felonies in the State of California, for which ARCESIO ESCOBAR was charged in arrest warrant number LA056151, issued by the Superior Court of California, County of Los Angeles, Van Nuys Division, on July 3, 2007,

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Special Agent - FBI__ and that this complaint is based on the following facts:

**SEE ATTACHMENT**

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 2 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Continued on the attached sheet and made a part hereof:   ☒Yes ☐No

_____
Signature of Complainant
BRIAN M. TREACY
Special Agent - FBI

Sworn to before me and subscribed in my presence,

August 2, 2007                                    at    Los Angeles, California
Date                                                     City and State
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE         _____
Name & Title of Judicial Officer                Signature of Judicial Officer

ARM:arm        REC: DETENTION (Warrant)

ATTACHMENT

I, BRIAN M. TREACY, being duly sworn, hereby declare and state:

## I. INTRODUCTION AND EXPERIENCE

1.  I am a Special Agent ("SA") of the Federal Bureau of Investigation - United States Department of Justice ("FBI") and have been so employed for the past five years.

2.  I am currently assigned to the FBI's Los Angeles Division.

3.  My duties and responsibilities include enforcing all relevant federal criminal statutes, including investigating and enforcing violations of Title 18, United States Code, Section 1073, unlawful flight to avoid prosecution.

## II. PURPOSE OF AFFIDAVIT

4.  This affidavit is made in support of a complaint charging ARCESIO ESCOBAR ("ESCOBAR") with violating Title 18, United States Code, Section 1073, which makes it a crime for any person to move or travel in interstate or foreign commerce with the intent of avoiding prosecution, or custody or confinement after conviction under the laws of the place from which that person flees.

5.  Because the purpose of this affidavit is to set forth only the facts necessary to establish probable cause for a criminal complaint against ESCOBAR, I have not set forth or described all the facts and circumstances of which I am aware of

in this investigation. Facts not set forth herein are not relied upon in support of my conclusion that probable causes exists. Unless stated otherwise, I have personal knowledge of the matters set forth in the affidavit gained from my participation in this investigation. The facts set forth in this affidavit are based upon my training and experience in the investigations of this offense and other criminal statutes, my own observations, information obtained from other law enforcement officers, agents, and witnesses, and my review and analysis of reports prepared by other law enforcement officers and agents.

### III. FACTS ESTABLISHING PROBABLE CAUSE

6. On July 5, 2007, I was advised by Detective Martin Pinner of the Los Angeles Police Department, North Hollywood Homicide Bureau (the "LAPD") of the following facts:

   a. On or between June 15, 2007 and June 27, 2007, in the presence of multiple witnesses, ESCOBAR provided a controlled substance, to wit marijuana, to several juveniles, including Jennifer Elias.

   b. Investigation by the LAPD indicates that ESCOBAR fled to Mexico following the death of Jennifer Elias ("Elias") at approximately 2:00 p.m. on June 27, 2007. On June 27, 2007, ESCOBAR had called 9-1-1 at approximately 2:36 p.m. and reported that a girl had overdosed on drugs at his house and was dead. The ambulance arrived at the residence at approximately 2:40 p.m.

and ESCOBAR was not there. LAPD investigation determined that ESCOBAR left the residence at approximately 2:00 p.m., when Jennifer Elias died, and waited approximately half an hour before calling emergency personnel from a cellular telephone.

IV.  EVIDENCE OF FLIGHT TO AVOID PROSECUTION

7.  In the days after the death of Jennifer Elias, LAPD investigation revealed that ESCOBAR had fled Los Angeles and crossed the border between the United States of America and Mexico. After calling 9-1-1 on June 27, 2007, Escobar's cellular telephone made no telephone calls until approximately 5:45 p.m. on June 29, 2007. This call was an outgoing telephone call to a telephone number in Tijuana, Mexico and the call was routed through a cellular telephone tower on the border between the US and Mexico.

8.  Further investigation by the LAPD revealed that ESCOBAR's cellular telephone made a telephone call at 2:29 p.m. on July 8, 2007. The cellular telephone tower that was used to make this telephone call was located at latitude and longitude coordinates 32.3344 and -116.5616. These coordinates resolve to a location South of Valle De Las Palmas on Route 3 in Mexcio.

9.  On July 3, 2007, warrant number LA056151, was issued by the Superior Court of California, County of Los Angeles, Van Nuys Division, charging ARCESIO ESCOBAR with one count of SELLING OR FURNISHING A CONTROLLED SUBSTANCE TO A MINOR, a felony in

violation of California Health and Safety Code Section 11353, and FURNISHING MARIJUANA TO MINOR (OVER 14), a felony in violation of California Health and Safety Code Section 11361(b).

10. Investigation to date by the LAPD has failed to locate ESCOBAR at any of his known locations within California. LAPD's investigation to date reveals that the most recent use of Escobar's phone occurred on July 17, 2007 utilizing a cellular telephone tower located in Mexico.

11. The Los Angeles County District Attorney's Office has agreed to extradite ESCOBAR, and along with the LAPD, have asked the FBI for assistance in locating him.

## V.  CONCLUSION

12. Based on the foregoing and my prior training and experience in conducting fugitive investigations, I believe that there is probable cause that ESCOBAR has traveled in interstate or foreign commerce in an attempt to avoid prosecution in violation of Title 18, United States Code, Section 1073.

_____
BRIAN M. TREACY
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
on this 2nd day of August, 2007

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE